Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ASHLEY NORTON<br><br>and<br><br>ALEC NORTON,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:25-BK-09177-EPB<br><br>**TRUSTEE'S OBJECTION TO CLAIM OF PROPERTY AS EXEMPT** |

Edward J. Maney, Chapter 13 Trustee, objects to property of debtor claimed as exempt in this case.

The debtor has claimed an total exemption of $12,746.00 on three separate vehicles a 2022 Honda Palisade, a 2017 Dodge Challenger, and a 2014 Jeep Compass. A.R.S. § 33-1125(8) states property that shall be exempt from process; "one motor vehicle of not more than $16,000. If the debtor or debtor's dependent has a physical disability, the equity in the motor vehicle shall not exceed $25,000." By state law, Debtors' exemption is limited to two vehicles with an exemption claim of $16,000.00 on each vehicle.

Wherefore, based on the foregoing, the Trustee objects to the exemptions claimed on these three vehicles and requests the exemptions be denied in full if debtor fails to amend the exemptions and only claim two vehicle.

Dated: See Electronic Signature.

                                                       EDWARD J. MANEY,
                                                       CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

1

| | |
|---|---|
| 1 | COPIES of the foregoing mailed<br>See Electronic Signature: |
| 2 | |
| 3 | Ashley & Alec Norton<br>2902 S. Mollera St.<br>Mesa, AZ 85210 |
| 4 | |
| 5 | David Cutler<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main St |
| 6 | Skokie, IL 60076 |
| 7 | |
| 8 | |
| 9 | _____ |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |