Josephine E. Salmon (SBN 020630)
jsalmon@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South, Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| ASHLEY NORTON and ALEC NORTON, | Case No. 2:25-bk-09177-EPB |
| Debtors. | |
| ROCKET MORTGAGE, LLC S/B/M NATIONSTAR MORTGAGE LLC, | **WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | |
| vs. | |
| ASHLEY NORTON and ALEC NORTON, Debtors; and EDWARD J. MANEY, Chapter 13 Trustee, | |
| Respondents. | |

Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC ("Movant"), hereby withdraws its Motion for Relief From Automatic Stay, previously filed in the above referenced matter, without prejudice.

Dated: March 27, 2026        ALDRIDGE PITE, LLP

JOSEPHINE E. SALMON
JOSEPHINE E. SALMON
Attorneys for ROCKET MORTGAGE, LLC S/B/M NATIONSTAR MORTGAGE LLC