**Fill in this information to identify the case:**

Debtor 1    ASHLEY NORTON

Debtor 2    ALEC NORTON
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of **Arizona**
(State)

Case number   25-BK-09177-EPB

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC      **Court claim no**. (if known): 25

**Last 4 digits** of any number you use to identify the debtor's account:    ******8643

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✔] No

[ ] Yes. Date of the last notice: ____ / ____ / _____

---

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 10/9/2025 | (11) | $ 450.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Bryan S. Fairman
_____
Signature

Date  1 / 9 / 2026

Print:  Bryan S. Fairman
        _____
        First Name    Middle Name    Last Name

Title  Authorized Agent for Creditor

Company  Aldridge Pite, LLP

Address  Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
         _____
         Number    Street

         Atlanta                    GA        30305
         _____
         City                       State     ZIP Code

Contact phone  ( 404 ) 994 – 7400

Email  bfairman@aldridgepite.com

**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Nationstar Mortgage LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| ASHLEY NORTON and ALEC NORTON, | Case No. 25-BK-09177-EPB |
| Debtor. | **PROOF OF SERVICE** |

I, Crystal Trahan, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 3333 Camino del Rio South, Suite 225, San Diego CA 92108. I am over the age of eighteen years and not a party to this case.

I hereby certify that I caused a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges to be served on January 14, 2026. Service was accomplished by the method and to the following as indicated:

## BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

ASHLEY NORTON
ALEC NORTON
2902 S MOLLERA ST
MESA, AZ 85210
(Via U.S. Mail)

David Cutler
(Via Email)

Edward J. Maney
(Via Email)

U.S. Trustee
(Via Email)

I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 14, 2026          */s/ Crystal Trahan*
                                         CRYSTAL TRAHAN

**PROOF OF SERVICE**